FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0259

_____

DONNIE NOLAN,

     Petitioner and Appellant,

  v.                               O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Donnie Nolan, to all counsel of record, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020